UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BRANDON DANIEL FLORES-CASTILLO**

**V.**                                                     **CIVIL ACTION NO. 26-11426-DJC**

**DAVID WESLING, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

　　Having previously ordered habeas relief, D. 7, this matter shall be closed.

May 20, 2026                                              /s/ Savannah Cook
                                                         Deputy Clerk